UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARYL C. PRYOR, | |
| Petitioner, | |
| | CIVIL ACTION NO. |
| VS. | |
| | 3:05-CV-2102-G |
| NATHANIEL QUARTERMAN, Director, | |
| Texas Department of Criminal Justice, | **ECF** |
| Correctional Institutions Division, | |
| Respondent. | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the Court.

**SO ORDERED**.

December 13, 2006.

*[signature]*
A. JOE FISH
CHIEF JUDGE